UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC CHAVEZ,

        Plaintiff,

   v.

CONVERSE, INC.,

        Defendant.

Case No. 15-cv-03746 NC

**ORDER FOR ADDITIONAL BRIEFING**

On June 1, 2016, the Court held a hearing on defendant's motion for summary judgment. At the hearing, plaintiff argued that it should be given an opportunity to respond to the new facts included in defendant's reply brief, specifically on whether Chavez was given a lump sum award bonus. The Court agrees and permits plaintiff to file a brief, no more than 5 pages, to respond to defendant's argument about the specific types of bonuses Converse gave Chavez. If plaintiff believes that he needs to depose Jessica Stuckey on issues raised in her declaration, plaintiff should explain why, and specify he did not seek to discover this information earlier.

The further briefing is due on June 9, 2016.

**IT IS SO ORDERED.**

Dated: June 1, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.15-cv-03746 NC