UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHAVEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CONVERSE, INC.,<br><br>  Defendant. | Case No.15-cv-03746-NC<br><br>**ORDER EXTENDING CLASS CERTIFICATION REPLY BRIEFING AND PERMITTING ADDITIONAL DISCOVERY**<br><br>Re: Dkt. Nos. 68, 70, 71 |

Chavez moved to extend the deadline to reply to his motion to class certification, arguing that he required time to depose 5 declarants. Dkt. No. 68. The Court denied this request without prejudice and required the parties to either submit a stipulation or a joint letter brief. Instead, the parties filed separate status reports.

After reviewing those status reports, the Court finds that Chavez's request is reasonable, that defendant initially agreed to the request, and that defendant will not be prejudiced by an extension of the deadlines.

Thus, the Court extends the deadline to file Chavez's reply brief to August 15 and moves the class certification hearing to September 7. Plaintiff may depose up to the five declarants by July 29, 2016. The Court expects the parties to meet and confer in good faith as to the logistics and scope of the depositions.

**IT IS SO ORDERED.**

Dated: July 9, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.15-cv-03746-NC