Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
Nicholas Rosenthal (State Bar No. 268297)
nrosenthal@diversitylaw.com
**DIVERSITY LAW GROUP, A Professional Corporation**
515 S. Figueroa St. Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

WILLIAM L. MARDER, ESQ. (CBN 170131)
**Polaris Law Group LLP**
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
Email: bill@polarislawgroup.com

Attorneys for Plaintiff and the Class

(Additional Counsel on Next Page)

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHAVEZ, as an individual and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CONVERSE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 15-cv-03746-NC<br><br>**DECLARATION OF ELIZABETH KRUCKENBERG ON BEHALF OF SETTLEMENT ADMINISTRATOR WITH RESPECT TO DISBURSEMENT OF SETTLEMENT FUNDS**<br><br><br> Complaint Filed:    July 10, 2015 |

**DECLARATION OF ELIZABETH KRUCKENBERG ON BEHALF OF SETTLEMENT ADMINISTRATOR WITH RESPECT TO DISBURSEMENT OF SETTLEMENT FUNDS**

1  Dennis S. Hyun (State Bar No. 224240)
   dhyun@hyunlegal.com
2  **HYUN LEGAL, APC**
   515 S. Figueroa St., Suite 1250
3  Los Angeles, CA 90071
   (213) 488-6555
4  (213) 488-6554 facsimile

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**DECLARATION OF ELIZABETH KRUCKENBERG ON BEHALF OF SETTLEMENT**
**ADMINISTRATOR WITH RESPECT TO DISBURSEMENT OF SETTLEMENT FUNDS**

1

## **DECLARATION OF ELIZABETH KRUCKENBERG**

2        I, Elizabeth Kruckenberg, declare under penalty of perjury as follows:

3        1.    I am the Director of Case Management at Phoenix Settlement

4    Administrators (PSA), the Court-appointed Class Action Settlement

5    Administrator for *Eric Chavez. v. Converse, Inc.* I have personal knowledge of

6    the facts stated herein and, if called upon to testify, I could and would testify

7    competently to such facts.

8        2.    On November 25, 2020, the Court granted final approval of the

9    class action settlement. The total amount to be distributed to two thousand six

10   hundred seven-seven (2,677) Class Members was $973,445.54. The Court

11   approved Class Counsel's attorneys' fees and costs in the amount of

12   $791,554.46 ($625,000 fees + $166,554.46 costs) Class Representative Service

13   Payment $10,000.00, payment to the LWDA in the amount of $75,000.00, and

14   administration fees in the amount of $25,000.00. As part of the settlement,

15   Defendant paid the employer's share of payroll taxes in addition to the Gross

16   Settlement Amount.  The employer's share of payroll taxes was $34,021.76.

17       3.    PSA was selected by the parties to provide notice of the settlement

18   and process requests for exclusion, as well as to disburse the settlement funds in

19   this action. In this capacity, PSA received an EIN from the IRS and opened a

20   bank account through Banc of California. The account was titled *Chavez. v.*

21   *Converse, Inc.,* also known as the "Qualified Settlement Fund" (QSF).

22       4.    Defendant deposited the total amount of $1,909,021.76 into the

23   QSF on February 4, 2021, consisting of $1,875,000.00 for the Gross Settlement

24   Amount and $34,021.76 for employer's share of payroll taxes.

25       5.    PSA issued and mailed checks from the QSF to each valid Class

26   Member, Class Counsel, Class Representative, PSA and the LWDA on March

27   16, 2021.

28

**DECLARATION OF ELIZABETH KRUCKENBERG ON BEHALF OF SETTLEMENT ADMINISTRATOR WITH RESPECT TO DISBURSEMENT OF SETTLEMENT FUNDS**

6.      All settlement checks were issued to void after one hundred eighty (180) days from the date of issue. Therefore, the check-cashing deadline is September 12, 2021.

7.      To-date, one thousand one hundred sixty-four (1,164) checks, totaling $216,596.36 remain uncashed.

8.      All disbursements were completed in compliance with the Stipulation of Class Action Settlement and the Order and Final Judgment.

9.      Pursuant to the Settlement Agreement, there is a possibility of a second distribution. The second distribution is pending on the final amount remaining after the check cashing deadline and with approval from the Parties and/or Court. Otherwise, funds from uncashed checks will be distributed to Legal Aid at Work.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of April 2021, at Fullerton, California.

_____
ELIZABETH KRUCKENBERG

**DECLARATION OF ELIZABETH KRUCKENBERG ON BEHALF OF SETTLEMENT ADMINISTRATOR WITH RESPECT TO DISBURSEMENT OF SETTLEMENT FUNDS**